UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LEWIS,

      Plaintiff,

  v.

BENIVIDAZ, et al.,

      Defendants.

No.  2:24-cv-2382 DC AC P

ORDER

Defendant Osman has moved to extend the time to file a responsive pleading from March 30, 2026, to April 13, 2026.  ECF No. 23.  Good cause appearing, the motion is GRANTED. IT IS HEREBY ORDERED that Defendant Osman shall fille and serve a responsive pleading on or before April 13, 2026.

DATED: April 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1