UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LEWIS,

     Plaintiff,

     v.

BENIVIDAZ, et al.,

     Defendants.

No.  2:24-cv-2382 DC AC P

ORDER

On April 13, 2026, defendant Osman filed a motion to dismiss.  ECF No. 29.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: June 29, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1