UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LEWIS,

Plaintiff,

v.

BENAVIDEZ, et al.,

Defendants.

No. 2:24-cv-2382 DC AC P

ORDER

On June 30, 2026, after plaintiff missed the deadline to file an opposition to defendant Osman's motion to dismiss, the court granted him an additional twenty-one days to do so or risk dismissal for failure to prosecute. ECF No. 37. Plaintiff now seeks a 30 day extension of time to conduct legal research and file his opposition or statement of non-opposition. ECF No. 40. Good cause appearing, the request will be granted. However, no further extensions of time will be granted absent extraordinary circumstances.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 40) is granted; and

2. The deadline to file an opposition to defendant Osman's motion to dismiss is extended to August 24, 2026. No further extensions of time will be granted.

////

////

3. Failure to file an opposition or statement of non-opposition will result in a recommendation that this action be dismissed for failure to prosecute.

DATED: July 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE